In the Matter of the Petition of JOSEPH J. DUFFY, Appellant, for an Order of Mandamus against JOHN P. O'BRIEN, as Mayor of the City of New York, and Others, Respondents.— Order denying appellant's motion for a mandamus order

to compel his reinstatement in the service of the city of New York unanimously affirmed, with costs, as a matter of law and not in the exercise of discretion. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.